No. D–2647. IN RE DISBARMENT OF WHITE. Disbarment entered. [For earlier order herein, see 566 U. S. 933.]

No. D–2649. IN RE DISBARMENT OF NUNNERY. Disbarment entered. [For earlier order herein, see 566 U. S. 933.]

No. D–2650. IN RE DISBARMENT OF HOWELL. Disbarment entered. [For earlier order herein, see 566 U. S. 933.]

No. D–2651. IN RE DISBARMENT OF CLIFFORD. Disbarment entered. [For earlier order herein, see 566 U. S. 933.]

No. D–2652. IN RE DISBARMENT OF HOLMES. Disbarment entered. [For earlier order herein, see 566 U. S. 934.]

No. D–2654. IN RE DISBARMENT OF WILSON. Disbarment entered. [For earlier order herein, see 566 U. S. 934.]

No. D–2655. IN RE DISBARMENT OF NWADIKE. Disbarment entered. [For earlier order herein, see 566 U. S. 934.]

No. D–2656. IN RE DISBARMENT OF NEEDLEMAN. Disbarment entered. [For earlier order herein, see 566 U. S. 934.]

No. D–2659. IN RE DISBARMENT OF DOUGLAS. Disbarment entered. [For earlier order herein, see 566 U. S. 934.]

No. D–2722. IN RE DISCIPLINE OF DEJONG. Pieter J. De Jong, of Long Valley, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2723. IN RE DISCIPLINE OF BENNETT. Jeffrey Alan Bennett, of Doylestown, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2724. IN RE DISCIPLINE OF MAHONEY. Anthony M. Mahoney, of Woodbridge, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.